UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>FIRSTRO INVESTMENTS, LLC, et al.,<br><br>        Defendants. | Case No. 21-cv-03258-SVK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT JIBSTER, INC.**<br><br>Re: Dkt. No. 10 |

Plaintiff reports that this case has settled as between Plaintiff and Defendant Jibster, Inc. <u>only</u>. Dkt. 10. All previously-scheduled deadlines and appearances are vacated with respect to Defendant Jibster, Inc. only <u>but remain in place as to all other parties</u>.

By **July 20, 2021**, the settling parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the settling parties shall appear on **July 27, 2021 at 11:00 a.m.** and show cause, if any, why the case should not be dismissed. Additionally, the settling parties shall file a statement in response to this Order no later than **July 20, 2021**, describing with specificity (1) the parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the minimum amount of time required to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: June 1, 2021

                                                          SUSAN VAN KEULEN
                                                          United States Magistrate Judge